```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF NEW JERSEY
```

| | | |
|---|---|---|
| BRIAN ROBINSON | : | Civ. A. No. 08-5863(NLH)(JS) |
| Plaintiff, | : | |
| v. | : | **ORDER** |
| SGT. JANET JORDAN, | : | |
| Defendant. | : | |

For the reasons expressed in the Court's Opinion filed today,

IT IS HEREBY on this 30th day of March, 2011

ORDERED that defendant's motion for summary judgment [23] is DENIED.

                                       s/ Noel L. Hillman

At Camden, New Jersey           NOEL L. HILLMAN, U.S.D.J.